**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **KIM BEATTY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL EXPRESS VIRGIN ISLANDS, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | Case No. 3:20-cv-0046 |

### JUDGMENT

**THIS MATTER** comes before the Court on the Federal Express Virgin Islands' Motion for Summary Judgment filed on August 16, 2021. (ECF No. 62.) Plaintiff Beatty filed an opposition on September 13, 2021, ECF No. 70, and Defendant filed a reply on September 27, 2021, ECF No. 73. For the reasons stated on the record at the hearing held on February 8, 2022, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED;** it is further

**ORDERED, ADJUDGED, AND DECREED** that judgment is awarded in favor of Defendant Federal Express Virgin Islands, Inc. and against Plaintiff Kim Beatty on her claim for wrongful discharge in violation of the Virgin Islands Wrongful Discharge Act (Count I); it is further

**ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED with prejudice**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case; and it is further

**ORDERED** that copies of this Judgment shall be provided to Attorney Ryan W. Greene, Attorney Charles E. Engeman, and Attorney Frederick L. Douglas through the Court's CM/ECF System.

**Dated:** February 8, 2022

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
Chief Judge